# EXHIBIT 2

August 18, 2017



U.S. Department of Homeland Security
U S Citizenship and Immigration Services
P O Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

DUSTIN R BAXTER
KUCK IMMIGRATION PARTNERS
365 NORTHRIDGE RD SUITE 300
ATLANTA, GA 30350
USA

IOE

RE: JESSICA MAYELI COLOTL COYOTL
I-821D, Deferred Action for Childhood Arrivals

A2

## NOTICE OF INTENT TO DENY

USCIS has reviewed your renewal request for consideration of deferred action for childhood arrivals.

While your re-opened renewal request was pending, U.S. Immigration and Customs Enforcement (ICE) informed USCIS of the following: that ICE opposed your motions to administratively close your case with the Executive Office for Immigration Review; that on July 10, 2017, an Immigration Judge denied your motion to administratively close your proceedings; that ICE is actively seeking a final order of removal against you in immigration proceedings; and that ICE intends to remove you if an administratively final order of removal is issued.

Deferred action is not a form of protection from removal, rather it is merely an acknowledgement that the Department of Homeland Security does not at that time intend to pursue removal. Deferred action may be terminated at any time at the Department's discretion. Since ICE has informed USCIS that it is actively pursuing your removal, USCIS will not contemporaneously conclude that removal action should continue to be deferred in your case.

Accordingly, USCIS has determined, in its unreviewable discretion, that you do not warrant a favorable exercise of prosecutorial discretion. USCIS is issuing this NOID so that you have an opportunity to respond in light of the Court's orders in Colotl v. Duke, No. 17-cv-1670 (N.D. Ga.).

USCIS intends to deny your request for consideration of a renewal of deferred action for childhood arrivals, because it has not found that you warrant a favorable exercise of prosecutorial discretion.

You are afforded thirty-three (33) days from the date of this NOID to submit additional information, evidence, or arguments for why USCIS should not exercise its discretion to deny your request for the reasons stated herein. Failure to respond to this notice of intent to deny will result in the denial of your renewal request for consideration of deferred action for childhood arrivals.

Sincerely,

*Greg Richardson*

Gregory A. Richardson, Acting Director
Officer: 0996

August 18, 2017

U.S. Department of Homeland Security
U S Citizenship and Immigration Services
P O Box 82521
Lincoln, NE 68501-2521



JESSICA MAYELI COLOTL COYOTL

IOE

RE: JESSICA MAYELI COLOTL COYOTL
I-821D, Deferred Action for Childhood Arrivals

A

## NOTICE OF INTENT TO DENY

USCIS has reviewed your renewal request for consideration of deferred action for childhood arrivals.

While your re-opened renewal request was pending, U.S. Immigration and Customs Enforcement (ICE) informed USCIS of the following: that ICE opposed your motions to administratively close your case with the Executive Office for Immigration Review; that on July 10, 2017, an Immigration Judge denied your motion to administratively close your proceedings; that ICE is actively seeking a final order of removal against you in immigration proceedings; and that ICE intends to remove you if an administratively final order of removal is issued.

Deferred action is not a form of protection from removal, rather it is merely an acknowledgement that the Department of Homeland Security does not at that time intend to pursue removal. Deferred action may be terminated at any time at the Department's discretion. Since ICE has informed USCIS that it is actively pursuing your removal, USCIS will not contemporaneously conclude that removal action should continue to be deferred in your case.

Accordingly, USCIS has determined, in its unreviewable discretion, that you do not warrant a favorable exercise of prosecutorial discretion. USCIS is issuing this NOID so that you have an opportunity to respond in light of the Court's orders in Colotl v. Duke, No. 17-cv-1670 (N.D. Ga.).

USCIS intends to deny your request for consideration of a renewal of deferred action for childhood arrivals, because it has not found that you warrant a favorable exercise of prosecutorial discretion.

You are afforded thirty-three (33) days from the date of this NOID to submit additional information, evidence, or arguments for why USCIS should not exercise its discretion to deny your request for the reasons stated herein. Failure to respond to this notice of intent to deny will result in the denial of your renewal request for consideration of deferred action for childhood arrivals.

Sincerely,

*[signature]*

Gregory A. Richardson, Acting
Director
Officer: 0996