IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA M. COLOTL COYOTL,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security; MARK J. HAZUDA, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; JAMES McCAMENT, Acting Director, U.S. Citizenship and Immigration Services; THOMAS D. HOMAN, Acting Director, U.S. Immigration and Customs Enforcement; and SEAN W. GALLAGHER, Atlanta Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-1670-MHC |

## ORDER

On October 25, 2017, Defendants filed with this Court the following:

(1) Notice of Compliance with June 12, 2017, Order; (2) Emergency Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Dissolve Preliminary Relief; and (3) a request for an expedited hearing on their emergency motion. [Docs. 50, 51.]

It is hereby **ORDERED** that Plaintiff file a response to Defendants' October 25, 2017, filings no later than November 1, 2017, and that Defendants file any reply to such response no later than November 6, 2017.

It is further **ORDERED** that a hearing on Defendants' Emergency Motion shall be held before the undersigned on November 9, 2017, at 1:30 p.m., in Courtroom 1905 of the Richard B. Russell United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

As stated in this Court's June 12, 2017, Order, Plaintiff's DACA and employment authorization shall remain in effect until such time as this Court issues a ruling on Defendants' Emergency Motion: "This Order shall remain effective until further Order from this Court, which will issue only after Defendants have submitted sufficient proof that they have followed all relevant standard operating procedures regarding the adjudication of Plaintiff's renewal application and any termination of Plaintiff's DACA status." Order dated June 12, 2017 [Doc. 28].

**IT IS SO ORDERED** this 26th day of October, 2017.

_/s/ Mark H. Cohen_
MARK H. COHEN
United States District Judge