# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JESSICA M. COLOTL COYOTL,** ) | Case No. 1:17-cv-01670-MHC |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **ELAINE C. DUKE, Secretary,** ) | |
| **Department of Homeland Security; L.** ) | |
| **FRANCIS CISSNA, Director, U.S.** ) | |
| **Citizenship and Immigration Services;** ) | |
| **MARK J. HAZUDA, Director, Nebraska** ) | |
| **Service Center, U.S. Citizenship and** ) | |
| **Immigration Services; THOMAS D.** ) | |
| **HOMAN, Deputy Director and Senior** ) | |
| **Official Performing the Duties of the** ) | |
| **Director, U.S. Immigration and Customs** ) | |
| **Enforcement; SEAN W. GALLAGHER,** ) | |
| **Atlanta Field Office Director, U.S.** ) | |
| **Immigration and Customs Enforcement.** ) | |
| ) | |
| **Defendants.** | |

## JOINT STATUS REPORT IN RESPONSE TO THE COURT'S MAY 9, 2018 ORDER

The Court has requested that the Parties file a joint status report indicating whether this case will be resolved by settlement or whether a revised schedule for motions and briefs should be set. Doc. No. 71. The Parties report that they continue to engage in settlement discussions and have reached a settlement in

principle.  The Parties are currently drafting a settlement agreement and are optimistic that they will be able to reach a final agreement.  Accordingly, the Parties agree that setting a new briefing schedule on the pending motions is not necessary at this time.  The Parties anticipate that they will be able to submit a final status report to the Court by June 8, 2018.

Dated:  May 18, 2018                    Respectfully submitted,

                                                               */s/ Katrina L. Eiland*
                                                               KATRINA EILAND
                                                               *Attorney for Plaintiff*


                                                               */s/ Jeffrey S. Robins* (by email consent)
                                                               JEFFREY ROBINS
                                                               *Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

Dated: May 18, 2018                     /s/ Katrina L. Eiland
                                              Katrina L. Eiland
                                              ACLU FOUNDATION
                                              IMMIGRANTS' RIGHTS PROJECT
                                              39 Drumm Street
                                              San Francisco, CA 94111
                                              Phone: (415) 343-0770
                                              Fax: (415) 395-0950

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing with the Clerk of the Court Using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey Robins
Sheetul Sheth Wall
James Walker

                                                */s/ Katrina L. Eiland*
                                                Katrina L. Eiland
                                                ACLU FOUNDATION
                                                IMMIGRANTS' RIGHTS PROJECT
                                                39 Drumm Street
                                                San Francisco, CA 94111
                                                Phone: (415) 343-0770
                                                Fax: (415) 395-0950