UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA M. COLOTL COYOTL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:17-cv-01670-MHC |
| v. | ) |
| | ) |
| KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; LOREN MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; L. FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; THOMAS D. HOMAN, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; SEAN W. GALLAGHER, Atlanta Field Office Director, U.S. Immigration and Customs Enforcement, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff Jessica M. Colotl Coyotl ("Ms. Colotl" or "Plaintiff") and Defendants

Kirstjen M. Nielsen, Secretary, Department of Homeland Security; Loren Miller,

Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; L.

Francis Cissna, Director, U.S. Citizenship and Immigration Services; Thomas D.

Homan, Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and Sean W. Gallagher, Atlanta Field Office Director, U.S. Immigration and Customs Enforcement ("Defendants") (collectively, "Parties"), have reached a settlement agreement to resolve the issues in this matter.

1. The Parties hereby stipulate to the dismissal of Plaintiff's Second Amended Complaint, subject to the terms set forth in the Parties' Settlement Agreement attached hereto as Exhibit A, and move the Court to enter the attached Proposed Order to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties agree to bear their own costs and fees under the Equal Access to Justice Act or any other provision of law.

Dated:  May 25, 2018                Respectfully submitted,

   */s/ Katrina L. Eiland*
   KATRINA EILAND
   *Attorney for Plaintiff*


   */s/ Jeffrey S. Robins* (by email consent)
   JEFFREY ROBINS
   *Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

Dated: May 25, 2018              */s/ Katrina L. Eiland*
                                 Katrina L. Eiland
                                 ACLU FOUNDATION
                                 IMMIGRANTS' RIGHTS PROJECT
                                 39 Drumm Street
                                 San Francisco, CA 94111
                                 Phone: (415) 343-0770
                                 Fax: (415) 395-0950

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court Using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey Robins
Sheetul Sheth Wall
James Walker

/s/ Katrina L. Eiland
Katrina L. Eiland
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950